# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ANGEL GARCIA-ESPARZA,**

    **Plaintiff,**

v.                                                                                              No. 18-cv-0078 MV/SMV

**CITY OF AZTEC, SAN JUAN COUNTY,
JOE GONZALES, TY ATENCIO,
WILLIAM ANDERSON, FNU HARVEL,
FNU WEBB, FNU DOUGEANT, DESIREE LNU,
and TERESA LNU,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court sua sponte in connection with Plaintiffs' Civil Rights Complaint [Doc. 4], which was filed on January 24, 2018. It appears that Plaintiff has been released from custody without providing a new address, as required by D.N.M.LR-Civ. 83.6. The state criminal docket reflects Plaintiff received a time-served sentence on April 17, 2019. *See* Judgment and Order in case no. D-1116-CR-2018-0029. In addition, Plaintiff's name does not appear on the NMDOC Offender Search website, https://search.cd.nm.gov/index.html. The Court will require Plaintiff to notify the Clerk of his new address or show cause why this action should not be dismissed without prejudice. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. The same is true of simple, nonburdensome local rules . . . .") (citation omitted). Failure to timely comply with this Order will result in dismissal of this action without prejudice.

**IT IS ORDERED** that **no later than June 7, 2019**, Plaintiff notify the Clerk in writing of his current address or show cause why this action should not be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court MAIL a copy of this order to Plaintiff at his address of record and additionally MAIL a second copy to Plaintiff in care of his sister, Paola E. Garcia at 1114 W. Aztec Blvd. #24 in Aztec, New Mexico 87410. *See* [Doc. 16].

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**